IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MEI GUANG CHEN,
    *Plaintiff,*

v.      CIVIL ACTION NO. 19-CV-0379

JIA SHENG YANG,
    *Defendant.*

## ORDER

AND NOW, this 28th day of January, 2019, upon consideration of Plaintiff Mei Guang Chen's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** without prejudice for lack of subject matter jurisdiction for the reasons discussed in the Court's Memorandum.

4. Chen may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must clearly state the basis for the Court's jurisdiction over Chen's claims. Alternatively, Chen may seek to file her claims in the appropriate state court rather than returning to this Court with an amended complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Chen a blank copy of the Court's form complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Chen may use this form to file an amended complaint if she chooses to do so.

6. If Chen fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

                **BY THE COURT:**

                */s/ Gerald J. Pappert*
                **GERALD J. PAPPERT, J.**