IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MEI GUANG CHEN, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-0379 |
| | : | |
| JIA SHENG YANG, | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 6th day of February 2019, upon consideration of Plaintiff Mei Guang Chen's Amended Complaint (ECF No. 6) and her Motion for Appointment of Counsel (ECF No. 7), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction for the reasons discussed in the Court's Memorandum. Chen may not file an amended complaint in this case. However, she may refile this case in the proper state court, where federal jurisdiction will not be an issue.

2. The Motion for Appointment of Counsel is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          ***/s/ Gerald J. Pappert***
                                          **GERALD J. PAPPERT, J.**